Frank J O'Kane , Jr (SBN. 137370)
O'Kane Law Firm
4110 Cahuenga Bouevard
Toluca Lake, CA 91602
818-769-7300
Fax: 818-769-7301
Email: frank@okanelaw.com

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DENNIS GRAFF, | ) | |
|---|---|---|
| | ) | Case No. 8:09-cv-01191-AG-MLG |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| EQUIFAX INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    Based on the stipulation of the parties and finding good cause for approving the same, the stipulation is approved and this matter is dismissed with prejudice in its entirety with regards to Defendant Equifax.

Dated:  February 02, 2011

By:_____
UNITED STATES DISTRICT JUDGE

ATL_IMANAGE-7728641.1